# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:  : Case No. 10-14034-MG
  : Chapter 7
Lori Seliger  : Judge
SSN: 6023  :
  :
SSN:  :
  :
Debtor(s)  :

*FILED U.S. BANKRUPTCY COURT 2010 DEC 15 P 5:00 S.D. OF N.Y.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the attached

Amended Schedule F, Summary of Schedules _____ has been served by regular U.S. Mail, postage prepaid, this 15 day of December, 2010 upon the following party listed below:

SEE ATTACHED

Respectfully submitted,

*Lori Seliger*

In Pro Per  Bar #:
In Pro Per

,

Fax:

B6F (Official Form 6F) (12/07)

In re **Lori Seliger**
Debtor(s)

Case No. **10-14034-MG**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Dr. Andrew Rosen<br>1421 3rd Ave Fl<br>New York NY 10028 | | Medical Bills | | | | $ 75.00 |
| Account No:<br>Creditor # : 2<br>Dr. Ina Cholst, MD<br>Weilli Cornell Medical College<br>PO Box 27284<br>New York NY 10087 | | Medical Bills | | | | $ 10.00 |
| Account No: 8900<br>Creditor # : 3<br>Dr. Joseph S. Fox<br>33 Fifth Ave.<br>New York NY 10003 | | 10/2/09<br>Medical Bills | | | | $ 40.00 |
| Account No: 6905<br>Creditor # : 4<br>Fox Rental Car<br>5500 W. Century Blvd<br>Los Angeles CA 90045 | | 10/19/08<br>Car Rental Agreement | | | | $ 239.36 |

_1_ continuation sheets attached

Subtotal $    $ 364.36

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

*FILED 2010 DEC 15 P 5:00 U.S. BANKRUPTCY COURT S.D. OF N.Y.*

B6F (Official Form 6F) (12/07) - Cont.

In re Lori Seliger,
Debtor(s)

Case No. 10-14034-MG
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 7670<br>Creditor # : 5<br>Manhattan Mini Storage<br>161 Varick St<br>New York NY 10013 | | 5/26/2010<br>Storage Unit | | | | $ 1,250.00 |
| Account No:<br>Creditor # : 6<br>Mizmar Realty<br>271 Madison Ave 1101<br>New York NY 10016 | | Rent Disputes | | | | $ 26,047.84 |
| Account No:<br>Representing:<br>Mizmar Realty | | Breier Deutschmeister & Urban,<br>111 Broadway<br>Suite 810<br>New York NY 10006 | | | | |
| Account No:<br>Creditor # : 7<br>Postal<br>75 East 4th<br>New York NY 10003 | | | | | | $ 150.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. 1 of 1 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 27,447.84

Total $    $ 27,812.20
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

Lori Selinger

BREIER DEUTSCHMEISTER & URBAN,
111 BROADWAY
SUITE 810
NEW YORK, NY   10006


DR. ANDREW ROSEN
1421 3RD AVE FL
NEW YORK, NY   10028


DR. INA CHOLST, MD
WEILLI CORNELL MEDICAL COLLEGE
PO BOX 27284
NEW YORK, NY   10087


DR. JOSEPH S. FOX
33 FIFTH AVE.
NEW YORK, NY   10003


FOX RENTAL CAR
5500 W. CENTURY BLVD
LOS ANGELES, CA   90045


MANHATTAN MINI STORAGE
161 VARICK ST
NEW YORK, NY   10013


MIZMAR REALTY
271 MADISON AVE 1101
NEW YORK, NY   10016


POSTAL
75 EAST 4TH
NEW YORK, NY   10003

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re *Lori Seliger*

Case No. *10-14034-MG*
Chapter 7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 1,905.34 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 1,905.34 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 485.00 |
| Average Expenses (from Schedule J, Line 18) | $ 3,823.68 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 300.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 1,905.34 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 69,688.16 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 69,688.16 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re *Lori Seliger*

Case No. *10-14034-MG*
Chapter 7

_____/ Debtor

## SUMMARY OF SCHEDULES
### Amended

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 0 | $ 0.00 | | |
| B-Personal Property | Yes | 0 | $ 0.00 | | |
| C-Property Claimed as Exempt | Yes | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 0 | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 0 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 27,812.20 | |
| G-Executory Contracts and Unexpired Leases | Yes | 0 | | | |
| H-Codebtors | Yes | 0 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 485.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 3,823.68 |
| TOTAL | | 2 | $ 0.00 | $ 27,812.20 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Lori Seliger_                      Case No. _10-14034-MG_
                Debtor                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## Amended
### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___3___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _December 15, 2010_    Signature _Lori Seliger_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.